# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:23-MJ-00470-JAG |
| PATRICK D. TERRIL, | ) |

## CRIMINAL COMPLAINT

I, Cory Dimas, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about August 18, 2023, in the county of Spokane in the Eastern District of Washington, the defendant violated:

*Code Section*  
18 U.S.C. §§ 922(g)(1), 924(a)(8)

*Offense Description*  
Felon in Possession of a Firearm

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____  
*Complainant's signature*

**Cory Dimas, FBI Special Agent**  
*Printed name and title*

☐ Sworn to before me and signed in my presence.  
☒ Sworn to telephonically and signed electronically.

Date: December 28, 2023

_____  
*Judge's signature*

**James A. Goeke, United States Magistrate Judge**  
*Printed name and title*

City and state: Spokane, Washington